# STATE OF MICHIGAN

# COURT OF APPEALS

TOMMIE L. REED,

    Plaintiff-Appellant,

v

DEBORAH REED,

    Defendant-Appellee.

UNPUBLISHED
March 29, 2018

No. 336303
Wayne Circuit Court
LC No. 16-102110-DO

---

Before: JANSEN, P.J., and SERVITTO and SHAPIRO, JJ.

SERVITTO, J. (*concurring*).

  I concur in the result only.

           /s/ Deborah A. Servitto